1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DEONTE ANTHONY WALKER, | Case No. CV 20-1622-JWH (PD) |
|---|---|
| Petitioner, | **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| K. CLARK, Warden, | |
| Respondent. | |

1  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the
2  records on file, and the Report and Recommendation of United States
3  Magistrate Judge ("Report"). The Court accepts the Report and adopts it as
4  its own findings and conclusions. Accordingly, the Petition is **DISMISSED**
5  **with prejudice**.
6  Further, for the reasons stated in the Report and Recommendation, the
7  Court finds that Petitioner has not made a substantial showing of the denial
8  of a constitutional right and, therefore, a certificate of appealability is denied.
9  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537
10 U.S. 322, 336 (2003).
11 **IT IS SO ORDERED.**
12
13 DATED: September 15, 2021
14
15 JOHN W. HOLCOMB
   UNITED STATES DISTRICT JUDGE