JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEONTE ANTHONY WALKER, | Case No. CV 20-1622-JWH (PD) |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| K. CLARK, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: September 15, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE